UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

04CR10368WGY

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO.: |
| v. ) | |
| ) | VIOLATIONS: |
| ) | |
| JUSTIN STUBBS, a/k/a ) | 18 U.S.C. § 751(a) - |
| JOHN SMITH ) | Escape |
| ) | |

### INDICTMENT

**COUNT ONE**: (Title 18, United States Code § 751(a) - Escape)

The Grand Jury charges that:

On or about September 7, 2004, at Boston, in the District of Massachusetts,

**JUSTIN STUBBS, a/k/a
JOHN SMITH**

defendant herein, did escape from the custody of the Attorney General and his authorized representative, and from an institution and facility in which he was confined by direction of the Attorney General, said custody and confinement being by virtue of the conviction of the said **JUSTIN STUBBS, a/k/a JOHN SMITH** of an offense.

All in violation of Title 18, United States Code, Section 751(a).

**A TRUE BILL**

*/s/ Irene Burke*
FOREPERSON OF THE GRAND JURY


*/s/ Robert E. Richardson*
ROBERT E. RICHARDSON
ASSISTANT U.S. ATTORNEY


DISTRICT OF MASSACHUSETTS; 12-15, 2004

Returned into the District Court by Grand Jurors and filed.

*/s/*
DEPUTY CLERK

@ 3:05 PM
12/15/04

§JS 45 (5/97) - (Revised USAO MA 1/15/04)

## Criminal Case Cover Sheet      U.S. District Court - District of Massachusetts

04 CR 10368 WGY

Place of Offense: _____  Category No. __II__  Investigating Agency __U.S. MARSHAL__

City __Boston__   Related Case Information:

County __Suffolk__   Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Justin Stubbs__   Juvenile  ☐ Yes  ☒ No

Alias Name __John Smith__

Address _____

Birth date (Year only): __1983__  SSN (last 4 #): __3568__  Sex __M__  Race: __White__  Nationality: __U.S.__

Defense Counsel if known: _____   Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA __Robert E. Richardson__   Bar Number if applicable _____

Interpreter:  ☐ Yes  ☒ No   List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No

☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:  ☐ Complaint  ☐ Information  ☐ Indictment

Total # of Counts:  ☐ Petty  ☐ Misdemeanor  ☒ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __12/15/04__   Signature of AUSA: _Robert E. Richardson_

✎JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    Justin Stubbs

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. § 751(a) | Escape | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**