OFFICE OF THE CLERK
*United States District Court*
DISTRICT OF MAINE
www.med.uscourts.gov

WILLIAM S. BROWNELL
CLERK

FILED CLERKS OFFICE
05 APR -4 P 4:01
US DISTRICT COURT
DISTRICT OF MASS

☒ Edward T. Gignoux
Courthouse
156 Federal Street, Rm 102
Portland, Maine 04101
(207) 780-3356

☐ Margaret Chase Smith
Courthouse
P.O. Box 1007
Bangor, Maine 04402
(207) 945-0575

March 29, 2005

U.S. District Court
1 Courthouse Way, Suite 2300
Boston, MA  02210

RE:   USA v. JUSTIN STUBBS aka John Smith
      D/ME MAG. NO. 05-22-C
      D/MA NO. 04cr10368 WGY

Dear Sir/Madam:

The above-named defendant having appeared before Magistrate Judge David M. Cohen for a (removal) hearing on March 22, 2005, pursuant to his arrest here in the District of Maine, enclosed please find copies of the following:

1. Certified copy of docket
2. Certified copy of Commitment to Another District
3. Certified copy of Waiver of Rule 5 & 5.1 Hearings
4. Copy of Gvt Motion for Detention
5. Copy of Synopsis
6. Fax copy of Warrant for Arrest
7. Fax copy of Indictment

I expect this defendant to be transported in due course to your District pursuant to the Commitment Order issued March 24, 2005. It is my understanding that he should be presented to a judicial officer in your district for a detention hearing.

Sincerely,

Susan L. Hall
Deputy Clerk

Enc.
Cc:   Michael J. Conley, AUSA
      Neale A. Duffett, Esq.
      U.S. Marshal Service
      U.S. Probation Office

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF **MASSACHUSETTS**

UNITED STATES OF AMERICA

V.

JUSTIN STUBBS, a/k/a JOHN SMITH

**WARRANT FOR ARREST**

CASE NUMBER:

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _JUSTIN STUBBS, a/k/a JOHN SMITH_
                                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[x] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
Escape

in violation of
Title _18_ United States Code, Section(s) _751(a)_

Name of Issuing Officer

Signature of Issuing Officer

Title of Issuing Officer

DEC 15 2004
Date and Location

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
United States Courthouse, - Suite 6420
1 Courthouse Way
Boston, MA 02210

Bail fixed at $ _____ by _____
                                 Name of Judicial Officer

RECEIVED
U.S. MARSHAL SERVICE
BOSTON, MA
2004 DEC 16 A 4:18

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED 12-16-04 | NAME AND TITLE OF ARRESTING OFFICER DUSM Lisa Aungst | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 3-23-05 | | |

This form was electronically produced by Elite Federal Forms, Inc.

# U.S. District Court
## District of Maine (Portland)
### CRIMINAL DOCKET FOR CASE #: 2:05-mj-00022-DMC-ALL

CLOSED

*FILED CLERKS OFFICE 2005 APR -4 P 4:01 U.S. DISTRICT COURT DISTRICT OF MASS*

Case title: USA v. STUBBS                              Date Filed: 03/24/2005

---

Assigned to: MAG. JUDGE DAVID M. COHEN

**Defendant**

**JUSTIN C STUBBS** (1)                    represented by **NEALE A. DUFFETT**
*TERMINATED: 03/24/2005*                                   CLOUTIER, BARRETT, CLOUTIER
also known as                                              & CONLEY
JOHN SMITH (1)                                             465 CONGRESS STREET
*TERMINATED: 03/24/2005*                                   8TH FLOOR
                                                           PORTLAND, ME 4101
                                                           775-1515
                                                           Email: naustin@maine.rr.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*
                                                           Designation: CJA Appointment

**Pending Counts**                                         **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**                                      **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**                                             **Disposition**
None

---

**Plaintiff**
**USA**                                    represented by **MICHAEL J. CONLEY**

OFFICE OF THE U.S. ATTORNEY
DISTRICT OF MAINE
P.O. BOX 9718
PORTLAND, ME 04104-5018
207/780-3257
Email: michael.conley@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/24/2005 | 1 | Rule 5(c)(3) Documents Received as to JUSTIN C STUBBS : D/MA Warrant for Arrest (Attachments: # 1 D/MA Indictment)(slh, ) (Entered: 03/29/2005) |
| 03/24/2005 | 3 | SYNOPSIS as to JUSTIN C STUBBS (slh, ) (Entered: 03/29/2005) |
| 03/24/2005 | 4 | MOTION for Detention *w/request for 3 day continuance* by USA as to JUSTIN C STUBBS. (slh, ) (Entered: 03/29/2005) |
| 03/24/2005 | 5 | Minute Entry for proceedings held before Mag.Judge DAVID M. COHEN : Rule 5 Hearing held: Defendant advised of rights,Attorney Appointment Hearing held as to JUSTIN C STUBBS, Added attorney NEALE A. DUFFETT for JUSTIN C STUBBS. Dft committed to custody of USMS for transport to D/MA (Court Reporter FTR) (slh, ) (Entered: 03/29/2005) |
| 03/24/2005 | 6 | WAIVER of Rule 5 Hearings by JUSTIN C STUBBS (slh, ) (Entered: 03/29/2005) |
| 03/24/2005 | 7 | COMMITMENT TO ANOTHER DISTRICT as to JUSTIN C STUBBS. Defendant committed to District of MA By Mag.Judge DAVID M. COHEN. (slh, ) (Entered: 03/29/2005) |
| 03/25/2005 | 8 | CJA 20 as to JUSTIN C STUBBS: Appointment of Attorney NEALE A. DUFFETT for JUSTIN C STUBBS; Original form to defense counsel . Signed by Deputy Clerk Hall per order of Mag.Judge DAVID M. COHEN on 3/24/05. (slh, ) (Entered: 03/29/2005) |
| 03/29/2005 | 9 | Rule 5 Transfer Out as to JUSTIN C STUBBS to D/MA (slh, ) (Entered: 03/29/2005) |

ATTESTED COPY
I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District Court for the District of Maine.
Date filed _____
WILLIAM S. BROWNELL, CLERK
By: _____
Dated: 3/29/05

AO 94 (Rev. 12/03) Commitment to Another District

# UNITED STATES DISTRICT COURT

District of    MAINE

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED
MAR 24 2005
WILLIAM S. BROWNELL, CLERK
BY: _____
DEPUTY CLERK

UNITED STATES OF AMERICA
V.
Justin Stubbs aka John Smith

## COMMITMENT TO ANOTHER DISTRICT

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
|  | 04cr10368 WGY | 05m22c |  |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☒ Indictment   ☐ Information   ☐ Complaint   ☐ Other (specify)

**charging a violation of** 18 U.S.C. § 751(a)

**DISTRICT OF OFFENSE**
District of Massachusetts

**DESCRIPTION OF CHARGES:**

Escape

**CURRENT BOND STATUS:**
☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:** ☐ Retained Own Counsel   ☐ Federal Defender Organization   ☒ CJA Attorney   ☐ None

**Interpreter Required?** ☒ No   ☐ Yes   Language: _____

DISTRICT OF    MAINE

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

3/24/05                                        David M. Cohen
Date                                           U.S. Magistrate Judge

## RETURN

This commitment was received and executed as follows:

A TRUE COPY
ATTEST: William S. Brownell, Clerk
BY: _____ Deputy Clerk

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |

AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

# UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

MAR 24 2005

WILLIAM S. BROWNELL, CLERK
BY:
DEPUTY CLERK

UNITED STATES OF AMERICA

V.

JUSTIN STUBBS a/k/a John Smith

Defendant

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint/Indictment)

CASE NUMBER: 05m22c

CHARGING DISTRICTS
CASE NUMBER: 04cr10368 WGY

I understand that charges are pending in the ___ District of Massachusetts alleging violation of ___ Title 18, U.S.C., Section 751(a) ___ and that I have been arrested in this district and
(Title and Section)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(1) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4) Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

( ☒ ) identity hearing

( ☐ ) preliminary hearing

( ☐ ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____
Defendant

3/24/05
Date

_____
Defense Counsel

A TRUE COPY
ATTEST: William S. Brownell, Clerk
By _____
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

UNITED STATES OF AMERICA )
)
v. ) Magistrate No.
)
JUSTIN STUEBS )
a/k/a John Smith )

## MOTION FOR DETENTION

The United States moves for pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142.

1. <u>Eligibility of Case</u>. This case is eligible for a detention order because the case involves:

___ Conditions requiring a temporary detention order (18 U.S.C. § 3142(d))

_X_ Crime of violence[1]

___ Maximum sentence life imprisonment or death

___ 10+ year drug offense

___ Felony, with two prior convictions in above categories

_X_ Serious risk defendant will flee

---

[1]

> [E]very escape scenario is a powder keg, which may or may not explode into violence and result in physical injury to someone at any given time, but which always has the serious potential to do so. A defendant who escapes from a jail is likely to possess a variety of supercharged emotions, and in evading those trying to recapture him, may feel threatened by police officers, ordinary citizens, or even fellow escapees. Consequently, violence could erupt at any time. Indeed, even in a case where a defendant escapes from a jail by stealth and injures no one in the process, there is still a serious potential risk that injury will result when officers find the defendant and attempt to place him in custody.

United States v. Winn, 364 F.3d 7, 10-11 (1st Cir. 2004) (quoting United States v. Gosling, 39 F.3d 1140, 1142 (10th Cir. 1994) (internal citation omitted)).

2. <u>Reasons for Detention</u>.

The court should detain the defendant because there are no conditions of release which will reasonably assure:

__X__ Defendant's appearance as required

__X__ Safety of any other person and the community

3. <u>Date of Detention Hearing</u>.  The United States requests that the detention hearing be held after a continuance of __3__ days.

4. <u>Length of Detention Hearing</u>.  The United States will require __1/2__ hour to present its case for detention.

Date:  March 24, 2005

Paula D. Silsby
United States Attorney

Michael J. Conley
Assistant United States Attorney

2

<u>**SYNOPSIS**</u>
As of March 24, 2005 for Indictment

| | |
|---|---|
| **Name:** | Stubbs, Justin a/k/a John Smith |
| **Address:** | Detained |
| **Year of Birth:** | 1983    **Age:** 22 |
| **Violation:** | 18 U.S.C. § 751(a)<br>Escape from the custody of the Attorney General and his authorized representative, and from an institution and facility in which he was confined by direction of the Attorney General. |
| **Penalty:** | Imprisonment of not more than five years, Fine not to exceed two hundred fifty thousand dollars ($250,000); or both. 18 U.S.C. §§ 751(a) and 3571(b)(3). |

**Supervised Release:**
Not more than three years. 18 U.S.C. §§ 3559(a)(4) and 3583(b)(2).

**Maximum Term of Imprisonment**
**for Violation of Supervised Release:**
Not more than two years. 18 U.S.C. § 3583(e)(3).

**Maximum Additional Term of Supervised Release**
**for Violation of Supervised Release:**
Three years less any period of imprisonment imposed upon revocation of supervised release. 18 U.S.C. § 3583(h).

| | |
|---|---|
| **Defendant's Attorney:** | Neale Duffett |
| **Detention Status:** | Detained |
| **Foreign National:** | No |
| **Consular Notification Provided:** | N/A |
| **County:** | Androscoggin |
| **AUSA:** | Michael J. Conley |
| **Guidelines:** | Apply |
| **Corporate Victims Owed Restitution:** | N/A |

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **04 CR 10368 WGY** |
| ) | |
| v. ) | CRIMINAL NO.: |
| ) | |
| ) | VIOLATIONS: |
| ) | |
| JUSTIN STUBBS, a/k/a ) | 18 U.S.C. § 751(a) - |
| JOHN SMITH ) | Escape |
| ) | |

### INDICTMENT

<u>COUNT ONE</u>:   (Title 18, United States Code § 751(a) - Escape)

The Grand Jury charges that:

On or about September 7, 2004, at Boston, in the District of Massachusetts,

**JUSTIN STUBBS, a/k/a**
**JOHN SMITH**

defendant herein, did escape from the custody of the Attorney General and his authorized representative, and from an institution and facility in which he was confined by direction of the Attorney General, said custody and confinement being by virtue of the conviction of the said **JUSTIN STUBBS, a/k/a JOHN SMITH** of an offense.

All in violation of Title 18, United States Code, Section 751(a).

I hereby certify on 3/23/05 that the foregoing document is true and correct copy of the
☐ electronic docket in the captioned case
☐ electronically filed original filed on _____
☒ original filed in my office on _____
Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts
By: /s/ Marie Bell
Deputy Clerk

A TRUE BILL

*[signature]*
FOREPERSON OF THE GRAND JURY

*[signature]*
ROBERT E. RICHARDSON
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS;  12-15 , 2004

Returned into the District Court by Grand Jurors and filed.

*[signature]*
DEPUTY CLERK

@ 3:05 PM
12/15/04

JS 45 (5/97) (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**  04CR10368WGY    **U.S. District Court - District of Massachusetts**

Place of Offense: _____    Category No. **II**    Investigating Agency **U.S. MARSHAL**

City **Boston**    Related Case Information:

County **Suffolk**    Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name **Justin Stubbs**    Juvenile ☐ Yes ☒ No

Alias Name **John Smith**

Address _____

Birth date (Year only): **1983**    SSN (last 4 #): **3568**    Sex **M**    Race: **White**    Nationality: **U.S.**

Defense Counsel if known: _____    Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA **Robert E. Richardson**    Bar Number if applicable _____

Interpreter: ☐ Yes ☒ No    List language and/or dialect: _____

Matter to be SEALED: ☐ Yes ☒ No

☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by _____ on _____

Charging Document:    ☐ Complaint    ☐ Information    ☐ Indictment

Total # of Counts:    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony **1**

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: **12/15/04**    Signature of AUSA: *Robert E. Richardson*

04 CR 10368 WGY

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Justin Stubbs

| Index Key/Code | U.S.C. Citations / Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. § 751(a) | Escape | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**