AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

JUSTIN STUBBS, a/k/a JOHN SMITH

**WARRANT FOR ARREST**

CASE NUMBER:

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest       JUSTIN STUBBS, a/k/a JOHN SMITH
                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [X] Probation Violation Petition

charging him or her with (brief description of offense)
Escape

in violation of
Title         18         United States Code, Section(s)  751(a)

Name of Issuing Officer

Signature of Issuing Officer

Title of Issuing Officer

DEC 15 2004
Date and Location

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
United States Courthouse, - Suite 6420
1 Courthouse Way
Boston, MA 02210

Bail fixed at $                                by                    Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

WARRANT EXECUTED BY USMS MK

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER / SIGNATURE OF ARRESTING OFFICER |
|---|---|
| DATE OF ARREST | |

This form was electronically produced by Elite Federal Forms, Inc.