## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA,**
    Plaintiff,

v.

**JUSTIN STUBBS,**
    Defendant.

Crim. No. 04-10368-WGY

### DEFENDANT'S MOTION FOR RULE 11 HEARING

Now comes the Defendant, Justin Stubbs, and moves this Court to schedule a Rule 11 hearing at the earliest practicable date.

As grounds therefore, the Defendant says that it is his intention to change his plea to guilty pursuant to a plea agreement.

                        JUSTIN STUBBS,
                        by his attorney,

Date: 5/25/05           /s/Matthew A. Kamholtz
                               Matthew A. Kamholtz
                               BBO #257290
                               FEINBERG & KAMHOLTZ
                               125 Summer St.
                               Boston, MA  02110
                               (617) 526-0700

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the above document was this day served upon the following attorney(s) of record, via electronic mail:

> Robert E. Richardson, AUSA
> United States Attorney's Office
> United States Courthouse, Suite 9200
> One Courthouse Way
> Boston, MA 02210

Date: <u>5/25/05</u>                    <u>/s/Matthew A. Kamholtz</u>
                                               Matthew A. Kamholtz