PROB 22
Rev 2/88

**RECEIVED**

APR 1 9 2006

JAMES BONINI, CLERK
COLUMBUS, OHIO

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER *(Tran. Court)* | 04-10368 |
| DOCKET NUMBER *(Rec. Court)* | 2:06cr114 EAS |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Justin Stubbs<br>Inn Town Suites, Room 112<br>2797 Bethel Road<br>P.O. Box 13645<br>Columbus, OH 43213 | DISTRICT OF MASSACHUSETTS | Criminal, D/MA, Boston |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable William G. Young | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 11/18/05  TO 11/17/08 |

OFFENSE

Escape, 18 USC § 751(a)

---

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "DISTRICT OF MASSACHUSETTS"

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of Ohio upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_April 7, 2006_           _William G. Young_
Date                                                       United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Southern District of Ohio

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_4-23-2006_
Effective Date                                               United States District Judge